USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 3/4/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

YOVANNY DOMINGUEZ, *for himself and on behalf of all other persons similarly situated*,

                Plaintiff,

v.

ANTHOM LLC,

                Defendant.

---

20-CV-206 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

Plaintiff Yovanny Dominguez filed this action on January 9, 2020. On January 22, 2020, Plaintiff indicated that he had not yet served Defendant, but that he was "currently preparing to send the complaint and summons to a process server." Dkt. 8. According to the affidavit of service filed on January 30, 2020, Defendant was served with the summons and complaint on January 28, 2020. *See* Dkt. 9. Defendant, however, has not yet appeared in this action or responded to the complaint. No later than March 11, 2020, the parties shall provide the Court with an update as to the status of this case. Plaintiff is directed to serve a copy of this Order on Defendant no later than March 6, 2020.

SO ORDERED.

Dated:    March 4, 2020
            New York, New York

_____
Ronnie Abrams
United States District Judge