| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 4-13-20 |
|---|---|

YOVANNY DOMINGUEZ *for himself and on behalf of all other persons similarly situated*,

                        Plaintiff,

                  v.

ANTHOM LLC,

                        Defendant.

20-CV-206 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On March 11, 2020, Plaintiff filed a letter indicating that the parties were close to reaching a settlement in this action and requesting two weeks "to try and settle this matter," which the Court granted. No later than April 17, 2020, the parties shall file a letter updating the Court as to the status of this action, including the status of any settlement discussions.

Plaintiff shall provide a copy of this Order to Defendant.

SO ORDERED.

Dated:    April 13, 2020
            New York, New York

                                                        RONNIE ABRAMS
                                                        United States District Judge