UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOVANNY DOMINGUEZ *for himself and on behalf of all other persons similarly situated*,

                 Plaintiff,

v.

ANTHOM LLC,

                 Defendant.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7/6/2020

20-CV-206 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

       On April 17, 2020, Plaintiff filed a letter indicating that he had "been in touch with the defendant and been discussing settlement." Dkt. 14. In that letter, Plaintiff also requested until May 29, 2020 to move for a default judgment, which the Court granted. Dkts. 14, 15. To date, however, Plaintiff has not moved for a default judgment against Defendant or filed any other documents with the Court. No later than July 10, 2020, Plaintiff shall file a letter updating the Court as to the status of this case, including but not limited to the status of any settlement discussions and whether he still intends to move for a default judgment.

       Plaintiff shall provide a copy of this Order to Defendant.

SO ORDERED.

Dated:    July 6, 2020
             New York, New York

                                                                RONNIE ABRAMS
                                                                 United States District Judge