UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOVANNY DOMINGUEZ *for himself and on behalf of all other persons similarly situated*,

          Plaintiff,

v.

ANTHOM LLC,

          Defendant.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7-17-20

20-CV-206 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On April 17, 2020, Plaintiff filed a letter indicating that he had "been in touch with the defendant and been discussing settlement." Dkt. 14. In that letter, Plaintiff also requested until May 29, 2020 to move for a default judgment, which the Court granted. Dkts. 14, 15. As Plaintiff had not moved for a default judgment against Defendant or filed any other documents with the Court, the Court ordered Plaintiff to file a status letter no later than July 10, 2020. Dkt. 16. To date, however, Plaintiff has not done so. No later than July 24, 2020, Plaintiff shall file a letter updating the Court as to the status of this case, including but not limited to the status of any settlement discussions and whether he still intends to move for a default judgment. If Plaintiff fails to do so, the Court may dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

      Plaintiff shall provide a copy of this Order to Defendant.

SO ORDERED.

Dated:   July 17, 2020
            New York, New York

_____
RONNIE ABRAMS
United States District Judge