UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YOVANNY DOMINGUEZ *for himself and on behalf of all other persons similarly situated*,

                        Plaintiff,

v.

ANTHOM LLC,

                        Defendant.

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 7-28-20

20-CV-206 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On April 17, 2020, Plaintiff filed a letter indicating that he had "been in touch with the defendant and been discussing settlement." Dkt. 14. In that letter, Plaintiff also requested until May 29, 2020 to move for a default judgment, which the Court granted. Dkts. 14, 15. As Plaintiff had not moved for a default judgment against Defendant or filed any other documents with the Court, the Court ordered Plaintiff to file a status letter no later than July 10, 2020. Dkt. 16. Having not received any documents from Plaintiff as of July 17, 2020, the Court again ordered Plaintiff to file a status letter no later than July 24, 2020, and advised that if Plaintiff failed to do so, the Court may dismiss this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). As of today's date, Plaintiff has not filed a status letter or otherwise indicated any intent to proceed with this action. **If Plaintiff fails to file a status letter by July 31, 2020, the Court will dismiss this action for failure to prosecute pursuant to Rule 41(b)**.

Plaintiff shall provide a copy of this Order to Defendant.

SO ORDERED.

Dated:    July 28, 2020
            New York, New York

                                                RONNIE ABRAMS
                                                United States District Judge